IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20835
USDC No. 95-CV-3706
_____

CHARLES THOMAS KUPKA,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

--------------------

Appeal from the United States District Court
for the Southern District of Texas

--------------------
May 29, 1997
Before KING, JOLLY and DENNIS, Circuit Judges.

BY THE COURT:

     Charles Thomas Kupka's notice of appeal is construed as a
request for a certificate of appealability (COA).  See Fed.
R. App. P. 22(b).  Unless a petitioner meets the "in custody"
requirement of the federal habeas corpus statutes, a district
court does not have subject-matter jurisdiction to entertain the
petition.  See Maleng v. Cook, 490 U.S. 488, 490 (1989).  It is
not clear whether Kupka was "in custody" for purposes of the

challenged conviction.  Accordingly, COA is GRANTED, the judgment of dismissal is VACATED, and the case is REMANDED to the district court for a determination whether the court had jurisdiction to consider the petition.

COA GRANTED. VACATE AND REMAND.